**No. 10-7975. Robert Wesley Cowan, Petitioner v. California.**

563 U.S. 905, 131 S. Ct. 1784, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2560.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 401, 113 Cal. Rptr. 3d 850, 236 P.3d 1074.

**No. 10-8118. Rodney Gray, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

563 U.S. 905, 131 S. Ct. 1785, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2469.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 616 F.3d 436.

**No. 10-8440. David Michael Carlin, Petitioner v. Theresa Mary Leahy-Carlin.**

563 U.S. 905, 131 S. Ct. 1785, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2528,

March 28, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 191 Md. App. 751 and 191 Md. App. 758.

**No. 10-8457. Duane Allen Erwin, Petitioner v. Wyoming Department of Family Services, et al.**

563 U.S. 905, 131 S. Ct. 1785, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2473.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 237 P.3d 409.

**No. 10-8459. Sonny Garcia, Petitioner v. Florida.**

563 U.S. 905, 131 S. Ct. 1785, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2437.

March 28, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 42 So. 3d 239.

**No. 10-8461. Joseph H. Gibbs, Petitioner v. Margrett Bostic, et al.**

563 U.S. 905, 131 S. Ct. 1786, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2435.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-8478. Roger I. Fualaau, Petitioner v. Washington.**

563 U.S. 905, 131 S. Ct. 1786, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2456.

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 155 Wash. App. 347, 228 P.3d 771.

**No. 10-8491. Maria Caterina Rosenfeld, Petitioner v. James Hackett, et al.**

563 U.S. 906, 131 S. Ct. 1786, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2520,

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.